# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

March 30, 2006

By Electronic Filing

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    *In Re Metoprolol Succinate Direct Purchaser And End-Payor Antitrust Litigation,*
             C. A. Nos. 06-52, 06-63, 06-71, 06-73, 06-79, 06-81, 06-83, 06-86, 06-93, 06-102, 06-116 (GMS)

Dear Judge Sleet:

      On February 15, 2006 defendants filed an agreed upon Order to consolidate the direct purchaser actions which allege antitrust and related state law violations concerning defendants' Toprol-XL® product (C.A Nos. 06-52, 06-63, 06-79). On February 23, 2006, defendants filed a second agreed upon Order to consolidate the end-payor actions, which similarly allege antitrust and related violations (C.A. Nos. 06-71, 06-73, 06-81, 06-83, 06-86, 06-93, 06-102). On March 6, 2006, defendants filed a further stipulation and order to add the 06-116 action to the end-payor proposed Order.

      We have now restyled the proposed Orders in accordance with the Court's direction and have also added the 06-116 action to the end-payor proposed Order. We are refiling the Orders today in the applicable actions and hope that they are now in condition for allowance.

      The parties are available at the Court's convenience should the Court have any questions or comments.

                          Respectfully,

                          */s/ Jack B. Blumenfeld*

                          Jack B. Blumenfeld (#1014)

Hon. Gregory M. Sleet
March 30, 2006
Page 2

/cbh
cc:     Peter T. Dalleo, Clerk (by hand)
        Jeffrey S. Goddess, Esq. (by hand)
        Pamela S. Tikellis, Esq. (by hand)
        Gary F. Traynor, Esq. (by hand)
        Seth D. Rigrodsky, Esq. (by hand)
        Karen L. Morris, Esq. (by telecopy)
        Ronan P. Harty, Esq. (by telecopy)
        Linda P. Nussbaum, Esq. (by telecopy)
        Michael D. Hausfeld, Esq. (by telecopy)
        Daniel Berger, Esq. (by telecopy)
        Thomas M. Sobol, Esq. (by telecopy)

513630