IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: METOPROLOL SUCCINATE DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 06-52 (GMS) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS |  |  |

**DISCLOSURE STATEMENT OF ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, AND AKTIEBOLAGET HÄSSLE**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca AB, and Aktiebolaget Hässle state that the following are all parent corporations and publicly held corporations that own 10% or more of the stock of defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca AB, and Aktiebolaget Hässle: AstraZeneca PLC.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
Attorneys for defendants

OF COUNSEL:

Arthur F. Golden
Ronan P. Harty
Joshua D. Liston
DAVIS POLK & WARDWELL
450 Lexington Ave.
New York, NY  10017
(212) 450-4000

June 27, 2006


526551

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 27, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Jeffrey S. Goddess.

I further certify that I caused that copies of the foregoing be served on the following counsel in the manner indicated:

<u>By Hand</u>

Jeffrey S. Goddess
Rosenthal, Monhait, Gross
 & Goddess, P.A.
919 Market Street, Ste. 1401
P.O. Box 1070
Wilmington, DE  19899

<u>By Federal Express</u>

Linda P. Nussbaum
Steig D. Olson
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY  10022

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W.
Washington, DC 20005

Daniel Berger
Eric L. Cramer
Peter Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA  02142

*/s/Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com