IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: METOPROLOL SUCCINATE DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 06-52 (GMS) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

**DEFENDANTS' MOTION TO DISMISS THE
CONSOLIDATED CLASS ACTION COMPLAINT,
OR, IF THAT MOTION IS DENIED, TO STAY THIS ACTION**

Defendants hereby move to dismiss the consolidated class action complaint (D.I. 15 in C.A. No. 06-52 (GMS)) for failure to state a claim upon which relief can be granted. If the motion to dismiss is denied, defendants move to stay this action pending resolution of the underlying patent litigation. The grounds for this motion are set forth in defendants' opening brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
Attorneys for Defendants

OF COUNSEL:

Arthur F. Golden
Ronan P. Harty
Joshua D. Liston
DAVIS POLK & WARDWELL
450 Lexington Ave.
New York, NY  10017
(212) 450-4000

June 27, 2006

526158

## CERTIFICATE PURSUANT TO RULE 7.1.1

I certify pursuant to D. Del. L.R. 7.1.1 that defendants' counsel conferred with lead and liaison counsel for the direct purchaser plaintiffs concerning the subject matter of the forgoing motion but were not able to reach agreement.

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden  (#2881)

June 27, 2006

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 27, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Jeffrey S. Goddess.

I further certify that I caused that copies of the foregoing be served on the following counsel in the manner indicated:

<u>By Hand</u>

Jeffrey S. Goddess
Rosenthal, Monhait, Gross
 & Goddess, P.A.
919 Market Street, Ste. 1401
P.O. Box 1070
Wilmington, DE  19899

<u>By Federal Express</u>

Linda P. Nussbaum
Steig D. Olson
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY  10022

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W.
Washington, DC 20005

Daniel Berger
Eric L. Cramer
Peter Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA  02142

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com