IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) ) | C.A. No. 06-052 GMS |
| THIS DOCUMENT RELATES TO: ) ) ) ) ) ALL ACTIONS | |

**STIPULATION AND ORDER FOR BRIEF SCHEDULE**

Defendants having filed Defendants' Motion To Dismiss The Consolidated Class Action Complaint, Or, If That Motion Is Denied, To Stay This Action, along with an opening brief in support thereof, on June 27, 2006 (D.I. 17), and

The parties being in agreement that the issues presented in the aforesaid motion require more extensive briefing than the intervals in D.Del. LR 7.1.2(a) would allow,

IT IS HEREBY STIPULATED AND AGREED that the remaining briefs on the aforesaid motion will be filed in accordance with the following schedule:

Plaintiffs' Answering Brief    -    August 25, 2006

Defendants' Reply Brief    -    October 9, 2006

| | |
|---|---|
| ROSENTHAL, MONHAIT & GODDESS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Jeffrey S. Goddess* | /s/ *Karen Jacobs Louden* |
| Jeffrey S. Goddess (No. 630) | Jack B. Blumenfeld (No. 1014) |
| jgoddess@rmgglaw.com | jblumenfeld@mnat.com |
| Jessica Zeldin (No. 3558) | Karen Jacobs Louden (No. 2881) |
| jzeldin@rmgglaw.com | klouden@mnat.com |
| 919 Market Street, Suite 1401 | 1201 N. Market Street |
| P.O. Box 1070 | P. O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 656-4433 | (302) 658-9200 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

June 30, 2006

**Via Electronic Filing**

Honorary Gregory M. Sleet
United States District Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4234
Wilmington, Delaware 19801

RE: **In re: Metoprolol Succinate Direct Purchaser Antitrust Litigation
C.A. No. 06-052 GMS**

Dear Judge Sleet:

Pursuant to the Pretrial Order No. 1 regarding consolidation of direct purchaser class actions (D.I. 14), the plaintiffs, for whom I am liaison counsel, filed a consolidated class action complaint (D.I. 15). This week, the defendants have filed a combined motion to dismiss or, if denied, for a stay. (D.I. 17.)

The parties have worked out a stipulated brief schedule for completion of briefing on that motion, which I submit to Your Honor for consideration and entry if deemed appropriate.

Somewhat parenthetically but to be helpful, my understanding is that an identical briefing schedule has been agreed to in the companion litigation involving indirect purchasers (C.A. No. 06-071 GMS), and that also will be submitted to Your Honor, most likely today, by counsel in that case.

Respectfully yours,

Jeffrey S. Goddess (No. 630)

JSG/cmw
cc:   Karen Jacobs Louden, Esquire (Via e-file)