# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

November 6, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

> Re: *In re Metoprolol Succinate Direct Purchaser Antitrust Litigation,*
> C.A. No. 06-52 (GMS); and
> *In re Metroprolol Succinate End-Payor Antitrust Litigation,*
> C.A. No. 06-71 (GMS)

Dear Judge Sleet:

The briefs on AstraZeneca's pending motions to dismiss or stay refer to an appeal from the Eastern District of Missouri patent litigation. This is to advise Your Honor that the United States Court of Appeals for the Federal Circuit has scheduled oral argument on that appeal for December 8, 2006.

Respectfully,

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

cc:  Peter T. Dalleo, Clerk (By Hand)
     All Counsel of Record (By Fax)

544005