IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 06-052 GMS |
| This Document Relates To:<br><br>ALL ACTIONS | |

**MOTION FOR SUBSTITUTION OF CO-LEAD COUNSEL
IN PRE-TRIAL ORDER NO. 1**

On April 5, 2006, the Court appointed Cohen, Milstein, Hausfeld & Toll P.L.L.C. ("Cohen Milstein") as one of three co-lead counsel to act on behalf of all plaintiffs. (Pre-Trial Order No. 1; D.I. 14.) Cohen Milstein, through Linda P. Nussbaum, then represented plaintiffs Meijer, Inc. and Meijer Distribution, Inc. (the "Meijer Plaintiffs") and the proposed class.

Ms. Nussbaum has subsequently left Cohen Milstein and is currently a partner at Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"). The Meijer Plaintiffs, wishing to have Ms. Nussbaum continue her representation of them in this matter, sent Cohen Milstein a letter of substitution replacing Cohen Milstein with Kaplan Fox as their counsel, and counsel for Kaplan Fox have entered their appearance on behalf of the Meijer Plaintiffs. (D.I. 24.)

The Meijer Plaintiffs respectfully request that Kaplan Fox substitute for Cohen Milstein as one of the co-lead counsel in these coordinated actions. The other co-lead counsel, Berger & Montague, P.C. and Hagens Berman Sobol Shapiro, LLP, consent to this substitution and the defendant does not oppose it. The requested substitution would only change the law firms, not the attorneys managing the coordinated actions. Accordingly there will be no duplication of effort and there will be continuity in the prosecution of these coordination actions.

WHEREFORE, the Meijer Plaintiffs pray for entry of an order in the form attached, to effectuate the requested substitution.[1]

Dated: March 6, 2007

Respectfully submitted,

_____
Jeffrey S. Goddess (Del. Bar No. 630)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
jgoddess@rmgglaw.com
Tel: (302) 656-4433
Fax: (302) 658-7567

**Liaison Counsel for Plaintiffs**

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan
Linda P. Nussbaum
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

*Counsel for Plaintiffs Meijer, Inc and Meijer Distribution, Inc.*

---

[1] Owing to the straightforward nature of the issue presented, movants waive their right to file an opening brief on this motion, in accordance with D.Del. LR 7.1.2(a).

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 06-052 GMS |
| This Document Relates To:<br><br>ALL ACTIONS | |

**STATEMENT BY MOVANT'S COUNSEL
PER D.DEL. LR 7.1.1**

Last week, Liaison Counsel for Plaintiffs attempted to reach agreement by circulating the proposed motion and order. This generated replies of approval and/or non-opposition from co-lead counsel and defendant's counsel, but a note of opposition by the firm of Cohen, Milstein, Hausfeld & Toll P.L.L.C., who have indicated they will file separately in response.

_____
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433
   *Counsel for Plaintiffs Meijer, Inc and
   Meijer Distribution, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE<br>DIRECT PURCHASER<br>ANTITRUST LITIGATION | Civil Action No. 06-52 GMS |
| This Document Relates To:<br><br>ALL ACTIONS | |

**[PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF CO-LEAD COUNSEL IN PRE-TRIAL ORDER NO. 1**

Upon the motion of plaintiffs Meijer, Inc and Meijer Distribution, Inc. to substitute Kaplan Fox Kilsheimer LLP for Cohen, Milstein, Hausfeld & Toll P.L.L.C. as one of the co-lead counsel in these coordinated actions, and it appearing that there is good cause therefore,

IT IS HEREBY ORDERED that Pretrial Order No. 1 Regarding Consolidation of Direct Purchaser Class Actions (D.I. 14) – and in particular, para. 17,b. thereof – is amended to name Kaplan Fox & Kilsheimer LLP (by Linda P. Nussbaum and Robert Kaplan) as co-lead counsel in place of Cohen, Milstein, Hausfeld & Toll P.L.L.C.

Dated: _____          _____
                                UNITED STATES DISTRICT JUDGE