**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

March 5, 2007

**Via Electronic Filing / Hand Delivery**

The Hon. Gregory M. Sleet
U.S. District Court
844 North King Street
Wilmington, DE 19801

RE:  *In re: Metoprolol Succinate Direct Purchaser Antitrust Litigation*
     C.A. No. 06-052 GMS

Dear Judge Sleet:

This transmits a Motion For Substitution Of Co-Lead Counsel In Pre-Trial Order No. 1.

There is opposition to the motion by the Cohen Milstein firm, which firm would be replaced as one of the lead counsel if the motion is granted. They have advised me that they will file an opposition, and have requested that I pass that word along to Your Honor. (There is no other opposition to the motion.)

Respectfully yours,

Jeffrey S. Goddess (Del. Bar No. 630)
jgoddess@rmgglaw.com
(302) 656-4433
*Liaison Counsel*

JSG/cmw
Enclosure
cc:  Karen Jacobs Louden, Esquire (Via e-file)
     Steig D. Olson, Esquire (Via e-file)
     Clerk, U.S. District Court (By Hand)