**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

March 23, 2007

**Via Electronic Filing / Hand Delivery**

The Hon. Gregory M. Sleet
U.S. District Court
844 North King Street
Wilmington, DE 19801

RE:   *In re: Metoprolol Succinate Direct Purchaser Antitrust Litigation*
      **C.A. No. 06-052 GMS**

Dear Judge Sleet:

On March 5th, I served and filed a Motion For Substitution Of Co-Lead Counsel In Pre-Trial Order No. 1. (D.I. 25.) In my transmittal letter to Your Honor the same date (D.I. 26), I said that there was opposition to the motion by the Cohen Milstein firm, which firm would be replaced as one of the lead counsel if the motion is granted.

I now write to pass on revised, further word, received last evening, that the Cohen Milstein firm will not be opposing the motion. Hence, that motion now unopposed by any party (or counsel) in the case.

It occurs to me that perhaps I should also file an amended statement under D.Del. LR 7.1.1, and I'd be glad to do that or follow any other procedure Your Honor would direct to tend to this administrative matter.

Respectfully yours,

Jeffrey S. Goddess (Del. Bar No. 630)
jgoddess@rmgglaw.com
(302) 656-4433
*Liaison Counsel*

JSG/cmw
Enclosure
cc:   Karen Jacobs Louden, Esquire (Via e-file)
      Steig D. Olson, Esquire (Via e-file)
      Clerk, U.S. District Court (By Hand)