IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 06-52 GMS |
| This Document Relates To: ALL ACTIONS | |

**[PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF CO-LEAD COUNSEL IN PRE-TRIAL ORDER NO. 1**

Upon the motion of plaintiffs Meijer, Inc and Meijer Distribution, Inc. to substitute Kaplan Fox Kilsheimer LLP for Cohen, Milstein, Hausfeld & Toll P.L.L.C. as one of the co-lead counsel in these coordinated actions, and it appearing that there is good cause therefore,

IT IS HEREBY ORDERED that Pretrial Order No. 1 Regarding Consolidation of Direct Purchaser Class Actions (D.I. 14) – and in particular, para. 17,b. thereof – is amended to name Kaplan Fox & Kilsheimer LLP (by Linda P. Nussbaum and Robert Kaplan) as co-lead counsel in place of Cohen, Milstein, Hausfeld & Toll P.L.L.C.

Dated: 3/29/07

UNITED STATES DISTRICT JUDGE



FILED
MAR 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE