IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  METOPROLOL SUCCINATE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No.:  06-052 (GMS) |
| The Document Relates To:<br><br>**ALL ACTIONS** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

You are hereby notified that COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C., hereby withdraws its appearance as attorneys of record for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc ("Meijer").  This Notice is effective for Steig D. Olson and Michael D. Hausfeld.  Withdrawal of counsel will not cause any prejudice to Meijer, as Linda P. Nussbaum, formerly of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. will remain counsel for Meijer, and all future pleadings and correspondence relating to Meijer should be sent to Ms. Nussbaum at the following address:

> Linda P. Nussbaum
> Kaplan Fox & Kilsheimer LLP
> 805 Third Avenue
> 22nd Floor
> New York, New York 10022
> Telephone No: (212) 687-1980
> Facsimile No:  (212) 687-7714
> Email address:  lnussbaum@kaplanfox.com

Dated: March 29, 2007

        Respectfully submitted,

        */s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar No. 630)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899
jgoddess@rmgglaw.com
Tel:  (302) 656-4433
Fax:  (302) 658-7567

Steig D. Olson
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, New York  10022
Tel:  (212) 838-7797
Fax:  (212) 838-7745