IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE ) <br> DIRECT PURCHASER ANTITRUST ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> C.A. No. 06-079 GMS ) <br> _____ ) | C.A. No. 06-052 GMS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Rochester Drug Co-operative, Inc. certifies that: (i) plaintiff Rochester Drug Co-operative, Inc. is not a publicly held corporation; (2) does not have a parent corporation; and (2) no publicly-held corporation owns 10% or more of its stock.

Dated: April 12, 2007

Respectfully submitted,

_____
Jeffrey S. Goddess (Del. Bar No. 630)
**ROSENTHAL, MONHAIT & GODDESS, P.A.**
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433

**BERGER & MONTAGUE, P.C.**
Daniel Berger
David F. Sorensen
Eric L. Cramer
Peter Kohn
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

**LAW OFFICES OF JOSHUA P. DAVIS**
Joshua P. Davis
437A Valley Street
San Francisco, CA 94131

**KOHN, SWIFT & GRAF, P.C.**
Joseph C. Kohn
One South Broad Street
Suite 2100
Philadelphia, PA 19107