IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE DIRECT PURCHASER ANTITRUST LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>C.A. No. 06-052 GMS )<br>) | C.A. No. 06-052 GMS |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Meijer, Inc. and Meijer Distribution, Inc., hereby certify that:

1. Plaintiff Meijer, Inc. (a private non-governmental entity) is a privately held corporation, which is a wholly owned subsidiary of Meijer Companies, Ltd.;

2. Plaintiff Meijer Distribution, Inc. (a private non-governmental entity) is a privately held corporation, which is a wholly owned subsidiary of Meijer, Inc.

3. No publicly held corporation owns 10% or more of the stock of Meijer Inc. or Meijer Distribution, Inc.

<table>
<tr><td>Dated: April 12, 2007</td><td>Respectfully submitted,

/s/ Jeffrey S. Goddess

Jeffrey S. Goddess (Del. Bar No. 630)
**ROSENTHAL, MONHAIT & GODDESS, P.A.**
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
302-656-4433

Linda P. Nussbaum
Robert N. Kaplan
Richard J. Kilsheimer
**KAPLAN FOX & KILSHEIMER LLP**
805 Third Avenue
New York, NY 10002
(212) 687-1980

Joseph M. Vanek
**DAAR & VANEK, P.C.**
225 W. Washington, 18th Floor
Chicago, IL 60606
(312) 224-1500

Paul E. Slater
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 641-3200

*Attorneys for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.*</td></tr>
</table>