IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE DIRECT PURCHASER ANTITRUST LITIGATION  ) ) ) ) | C.A. No. 06-052 (GMS) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS  ) ) ) | |

### DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1
### OF PLAINTIFF AMERICAN SALES COMPANY, INC.

Pursuant to Fed. R. Civ. P. 7.1, plaintiff American Sales Company, Inc. hereby discloses that it is a wholly-owned subsidiary of Koninklijke Ahold N.V., a publicly held corporation.

Dated: April 12, 2007

Respectfully submitted,

_____
Jeffrey S. Goddess, Esq. (Del. Bar. No. 630)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19899
Telephone: (302) 656-4433
jgoddess@rmgglaw.com

*Liaison Counsel for Plaintiffs*

Thomas M. Sobol
David S. Nalven
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Attorneys for Plaintiff American Sales Company, Inc and Co-Lead Counsel for Plaintiffs*