**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

August 13, 2007

**Via Electronic Filing / Hand Delivery**

The Hon. Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

RE:  ***In re: Metoprolol Succinate Direct Purchaser Antitrust Litigation***
**C.A. No. 06-052 GMS**

Dear Chief Judge Sleet:

On July 27, 2007, the Direct Purchaser Plaintiffs ("Plaintiffs") in the above action filed a Citation of Subsequent Authority that complied with D. Del. L.R. 7.1.2(c). On August 6, 2007, Defendants submitted an argumentative responsive letter (D.I. 35). Plaintiffs write simply to note that we dispute Defendants' interpretation of the Federal Circuit's opinion, take issue with Defendants' introduction of supplemental facts, and dispute Defendants' stated view of its impact of both those facts and the Federal Circuit's opinion on the instant antitrust case. *See* Pls.' Opp'n to Mot. to Dismiss at 13-29. In accordance with this Court's procedures, Plaintiffs will not substantively address these issues in this letter. However, if the Court believes it helpful, Plaintiffs are available to discuss these and other issues further in any manner that the Court requests.

Respectfully yours,

Jessica Zeldin (Del. Bar No. 3558)

JZ/cmw
cc:   Karen Jacobs Louden, Esquire (Via electronic filing)
      Jack B. Blumenfeld, Esquire (Via electronic filing)
      Clerk, U.S. District Court (By Hand).