# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

August 22, 2008

The Honorable Gregory M. Sleet                                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801

Re:   *In re Metoprolol Succinate Direct Purchaser Antitrust Litigation*
      C.A. No. 06-52 (GMS)

      *In re Metoprolol Succinate End-Payor Antitrust Litigation*
      C.A. No. 06-71 (GMS)

Dear Chief Judge Sleet:

I write on behalf of AstraZeneca to advise Your Honor that the patent litigation that formed the basis for the antitrust claims pending before you has now been resolved. Accordingly, AstraZeneca's alternative motions to stay these cases pending the outcome of that litigation are now moot. AstraZeneca continues to believe that its motions to dismiss these actions should be granted. We are, of course, available to provide any further information or answer any questions you might have.

Respectfully,

Jack B. Blumenfeld (#1014)

JBB/dlb
cc:   Clerk of Court (Via Hand Delivery)
      Jeffrey S. Goddess, Esquire (Via Electronic Mail)
      Linda P. Nussbaum, Esquire (Via Electronic Mail)
      Daniel Berger, Esquire (Via Electronic Mail)
      Thomas M. Sobol, Esquire (Via Electronic Mail)
      Pamela S. Tikellis, Esquire (Via Electronic Mail)
      Joseph H. Meltzer, Esquire (Via Electronic Mail)
      Jeffrey S. Istvan, Esquire (Via Electronic Mail)
      Michael M. Buchman, Esquire (Via Electronic Mail)
      Jayne A. Goldstein, Esquire (Via Electronic Mail)

2432315